UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE REPUBLIC OF ECUADOR and PETROECUADOR, :

      Plaintiffs,

  - v. -

CHEVRONTEXACO CORPORATION and
TEXACO PETROLEUM COMPANY.

      Defendants.
-----------------------------------------------------------------x

04 CV 8378 (LBS)

ECF CASE


**EXHIBITS IN SUPPORT OF THE REPUBLIC OF ECUADOR AND PETROECUADOR'S MOTIONS FOR A PERMANENT STAY OF ARBITRATION PROCEEDINGS, SUMMARY JUDGMENT, AND TO DISMISS COUNTERCLAIMS UNDER RULE 12(b)**


Respectfully submitted by
Attorneys for the Republic of Ecuador and PetroEcuador
January 31, 2005

**List of Exhibits In Support of the Republic of Ecuador and PetroEcuador's Motions For a Permanent Stay of Arbitration Proceedings, Summary Judgment and to Dismiss Counterclaims under Rule 12(b)**

- A. CHT's Demand for Arbitration and Statement of Claim with the AAA

- B. 1965 NAPO Agreement b/w Texaco and Gulf

- C. 1973 Contract b/w Ecuador, Texaco and Gulf

- D. Translation of Clause 11 of 1969 Contract b/w Ecuador, Texaco, and Gulf together with 1969 Contract.

- E. Aguinda plaintiffs' original complaint filed in 1993

- F. Texaco's Jan. 7, 1998 brief to 2d Cir in Jota v. Texaco

- G. Judge Rakoff's 2001 decision dismissing the case on f.n.c. grounds.

- H. Second Circuit 2002 decision affirming Judge Rakoff.

- I. Affidavit of Cristobal Bonifaz (attesting that Lago Agrio case is same case that was originally filed as Aguinda v. Texaco, together with Complaint filed in Ecuador.)

- J. 1995 Implementation Agreement b/w Ecuador and Texaco

- K. 1998 Acta Finale b/w Ecuador and Texaco

- L. Memorandum Decision and Order. Lisa Margaret Smith United States Magistrate Judge Southern District of New York. June 19, 1995.

- M. *Phoenix Canada v. Texaco*, 658 F. Supp. 1061 (D.Del. 1987.)

- N. *Norsul Oil v. Texaco*, 703 F. Supp. 1520 (S.D. Fla. 1988.)

- O. Agreement Executed by the Government of Ecuador, CEPE, and Ecuadorian Gulf Company. May 27, 1077

**List of Exhibits In Support of the Republic of Ecuador and PetroEcuador's Motions For a Permanent Stay of Arbitration Proceedings, Summary Judgment and to <u>Dismiss Counterclaims under Rule 12(b)</u>**

(Continues)

P. *Official Registry of Ecuador* Number 469 January 10, 1974 Decree Number 09.

Q. Agreement Entered into Between Ecuador, CEPE and Ecuadorian Gulf Company and Texaco Petroleum Company. June 14, 1974.

R. *Official Registry of Ecuador* Number 590 July 8, 1974 Decree Number 666.

S. *Official Registry of Ecuador* Number 656 October 10, 1974 Decree Number 1030.

## List of Exhibits In Support of the Republic of Ecuador and PetroEcuador's Motions For a Permanent Stay of Arbitration Proceedings, Summary Judgment and to <u>Dismiss Counterclaims under Rule 12(b)</u>

A.  CHT's Demand for Arbitration and Statement of Claim with the AAA

B.  1965 NAPO Agreement b/w Texaco and Gulf

C.  1973 Contract b/w Ecuador, Texaco and Gulf

D.  Translation of Clause 11 of 1969 Contract b/w Ecuador, Texaco, and Gulf together with 1969 Contract.

E.  Aguinda plaintiffs' original complaint filed in 1993

F.  Texaco's Jan. 7, 1998 brief to 2d Cir in <u>Jota v. Texaco</u>

G.  Judge Rakoff's 2001 decision dismissing the case on f.n.c. grounds.

H.  Second Circuit 2002 decision affirming Judge Rakoff.

I.  Affidavit of Cristobal Bonifaz (attesting that Lago Agrio case is same case that was originally filed as <u>Aguinda v. Texaco</u>, together with Complaint filed in Ecuador.)

J.  1995 Implementation Agreement b/w Ecuador and Texaco

K.  1998 Acta Finale b/w Ecuador and Texaco

L.  Memorandum Decision and Order. Lisa Margaret Smith United States Magistrate Judge Southern District of New York. June 19, 1995.

M.  *Phoenix Canada v. Texaco*, 658 F. Supp. 1061 (D.Del. 1987.)

N.  *Norsul Oil v. Texaco*, 703 F. Supp. 1520 (S.D. Fla. 1988.)

O.  Agreement Executed by the Government of Ecuador, CEPE, and Ecuadorian Gulf Company. May 27, 1077

**List of Exhibits In Support of the Republic of Ecuador and PetroEcuador's Motions For a Permanent Stay of Arbitration Proceedings, Summary Judgment and to Dismiss Counterclaims under Rule 12(b)**

(Continues)

P.  *Official Registry of Ecuador* Number 469 January 10, 1974 Decree Number 09.

Q.  Agreement Entered into Between Ecuador, CEPE and Ecuadorian Gulf Company and Texaco Petroleum Company. June 14, 1974.

R.  *Official Registry of Ecuador* Number 590 July 8, 1974 Decree Number 666.

S.  *Official Registry of Ecuador* Number 656 October 10, 1974 Decree Number 1030.